# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>LEMMIE GARNER; SUSAN CARLILE; and WOODLAND VILLAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 3:17-CV-00072-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF DEUTSCHE BANK NATIONAL TRUST COMPANY, AND DEFENDANT WOODLAND VILLAGE H OMEOWNERS ASSOCIATION, DEADLINES TO FILE REPLY'S TO EACH OTHERS RESPONSES TO EACH OTHERS CROSS MOTIONS FOR SUMMARY JUDGMENT [ECF. NO. 's 22, 23 and 24]** |
| LEMMIE GARNER; SUSAN CARLILE,<br><br>Counterclaimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Counter-Defendant. | |

COMES NOW, Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates (hereinafter "Deutsche Bank" or "Plaintiff"), by and through their attorneys of record, Edgar C. Smith, Esq. and Joseph A. Dragon, Esq., of the law firm of WRIGHT, FINLAY & ZAK, LLP, and Defendant Woodland Village Homeowners Association (hereinafter "Defendant" or "Woodland"), by and through their attorney of record, Donna Zanetti, Esq. of the Law Firm of Leach, Johnson, Song & Gruchow, hereby stipulate as follows:

On October 11, 2017, Plaintiff filed a Motion for Summary Judgment Regarding Statutorily Defective Foreclosure Sale [ECF. No. 22]. On that same date, Plaintiff filed a Motion for summary judgment based on the Unconstitutionality of NRS 116 [ECF No. 24]. Further on the same date the HOA filed a Motion for Summary Judgment [ECF No. 23]. (hereinafter "the Motions"). On November 7, 2017, the Parties filed Responses to each others cross Motions. The Parties Reply to each others responses is due on November 21, 2017. The Parties hereby agree to extend the deadline for Deutsche Bank and the HOA to file and serve their Reply's to each others Reponses from November 21, 2017 to November 28, 2017. This is the Parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of November, 2017.  DATED 21st day of November, 2017.

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Joseph Dragon _____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as*

**LEACH, JOHNSON, SONG & GRUCHOW**

/s/ Donna Zanetti _____
Donna Zanetti Esq.
Nevada Bar No. 12904
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorney for Woodland Village Homeowners Association*

*Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates*

**ORDER**

IT IS HEREBY ORDERED that the Parties shall have until November 28, 2017, to file and serve Replies to each others Motions for Summary Judgment.

IT IS SO ORDERED.

DATED this 21st day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE