UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) | CASE NO. 3:17-cv-72-LRH-WGC |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| LEMMIE GARNER, et al., | ) ) ) | |
| Defendants. | ) ) | |

On December 27, 2017, the Court issued an order giving the parties leave to file dispositive motions regarding the unjust-enrichment claim within thirty days (ECF No. 40). To date, nothing has been filed. Good cause appearing,

IT IS ORDERED that the parties shall file a proposed joint pretrial order no later than **Friday, September 27, 2019**.

IT IS SO ORDERED.

DATED this 27th day of August, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE