UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST SERIES 2005-C, ASSET BACKED PASS THROUGH CERTIFICATES,<br>      *Plaintiffs,*<br>vs.<br>LEMMIE GARNER; SUSAN CARLILE; and WOODLAND VILLAGE HOMEOWNERS ASSOCIATION,<br>      *Defendants.*<br>_____<br>LEMMIE GARNER; SUSAN CARLILE,<br><br>      Counterclaimant,<br>Vs.<br><br>DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST SERIES 2005-C, ASSET BACKED PASS THROUGH CERTIFICATES<br>      Counter-Defendant. | Case No.: 3:17-CV-00072-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendants/Counter-claimants, LEMMIE GARNER and SUSAN CARLILE, by and through their attorney KARLON J. KIDDER, ESQ., of The Kidder Law Group, LTD., a Nevada Professional Corporation, and Plaintiff/counter-defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST SERIES 2005-C, ASSET BACKED PASS THROUGH CERTIFICATES, by

1

and through their attorney, R. SAMUEL EHLERS, ESQ. of Wright, Finley & Zak, LLP and hereby in good faith and for the reasons set forth below submit the following Stipulation and Order to Extend time to file the Pretrial Order as order by the court on August 27, 2019.

I.  **REASONS THAT PRETRIAL ORDER WAS NOT FILED TIMELY**

There remains one cause of action in this matter that was not adjudicated by summary judgment, that being Counter-claimant's cause of action against Plaintiff for unjust enrichment. The parties are now involved in numerous, similar cases. Both attorneys stipulating to this extension have replaced former counsel recently and have picked up settlement discussions. The parties believe that there is a strong possibility of settlement

The parties met and conferred and determined that they would need to extend the deadline for thirty (30) days in order to entertain the possibility of a settlement as well as fully prepare the pre-trial order. The parties now submit this stipulation and order requesting an additional thirty days in which to file a notice of settlement or pre-trial order.

II.  **CERTIFICATE OF CONFERENCE**

Counsel for the parties have conferred via e-mail and phone calls on these issues. Counsel for the parties have signed below, thereby indicating their approval of the instant Stipulation to Extend time to file the pre-trial order and do not request a conference before the Court prior to entry of a new Scheduling Order.

DATED this 27th day of September, 2019.    DATED this 27th day of September, 2019.

WRIGHT, FINLAY & ZAK, LLP                   THE KIDDER LAW GROUP, LTD.


  /s/ R. SAMUEL EHLERS                        /s. KARLON J. KIDDER
R. Samuel Ehlers, Esq.                      Karlon J. Kidder, Esq.
Nevada Bar No. 9313                         Nevada Bar No. 11622
7785 W. Sahara Ave, Suite 200               620 N. Rock Blvd.
Las Vegas, Nevada 89117                     Sparks, Nevada 89431
*Attorneys for Plaintiff, Deutsche Bank*    *Attorneys for Defendants, Lemmie Garner, Susan Carlile*

## ORDER

Pursuant to the foregoing Stipulation of the Parties:

IT IS HEREBY ORDERED. The deadline to file pre-trial order or notice of settlement will be extended until on or before Monday, October 28, 2019.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE